

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00734-CR

Adam Charles **BARBA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR0840
Honorable Christine Del Prado, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the judgment of the trial court is REFORMED to conform with the jury's verdict, which states: "We, the Jury, find the defendant, Adam Charles Barba, guilty of the offense of aggravated sexual assault of a child as charged in the indictment." The judgment of the trial court is AFFIRMED AS REFORMED.

SIGNED June 20, 2024.

_____
Rebeca C. Martinez, Chief Justice